09/29/2007   22:21     6505912464              BRIDGE REALTY & LOAN                    PAGE   01

Case 3:07-cv-04993-EMC    Document 1    Filed 09/26/2007    Page 1 of 24

1  MADAN AHLUWALIA, Esq. (SBN # 175664)
2  AHLUWALIA LAW PROFESSIONAL CORPORATION
   1301 Shoreway Road, Suite 180
3  Belmont, CA. 94002
   Office:      (650) 591-1216
4  Facsimile:   (650) 649-1893

5  Attorneys for Plaintiff
   JASWINDER KAUR
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                                                         EMC

10  JASWINDER KAUR                    )  Civil Action No.: C 07 4993
11                   Plaintiff,       )
                                      )  PETITION FOR A HEARING IN ON
12           v.                       )  NATURALIZATION APPLICATION
                                      )
13  ROBERT MUELLER III, Director, Federal )
    Bureau of Investigation           )  USCIS No.: A 46 809 134
14  MICHAEL CHERTOFF, Secretary,      )
    Department of Homeland Security,  )  IMMIGRATION CASE
15  EMILIO GONZALES, Director, U.S.   )
    Citizenship and Immigration Services (USCIS) )
16  DAVID STILL, District Director, USCIS )
    Doe 1, Bakersfield Field Office Director, )
17  USCIS                             )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )

22  Plaintiff, through undersigned counsel, alleges as follows:

23

24                    INTRODUCTION

25      1.      Plaintiff, JASWINDER KAUR, is a lawful permanent resident of the United

26  States residing within the jurisdiction of this Court. Plaintiff's claim for relief arises under 8

   Kaur v. Mueller et al.
   Petition for Hearing on Naturalization Applicatin
                            1

1    U.S.C. § 1427.

3         2.    Defendant Robert S. Mueller III is the Director of the Federal Bureau of

4    Investigations ("FBI"), an agency of the United States government and is sued here in his official

5    capacity. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

6    and is sued here in his official capacity. Emilio Gonzales is the director of USCIS and is sued

7    here in his official capacity. Defendant Doe 1 is the Field Office Director for the Bakersfield

8    USCIS Office and is sued here in his official capacity. His or her exact name is unknown to the

9    Plaintiff. David Still is the District Director of San Francisco USCIS district and is sued here in

10   his official capacity. Plaintiff alleges that defendants each have a role in the adjudication of the

11   applications for naturalization

12

13        3.    This Court has jurisdiction of the action pursuant to 28 U.S.C. §§§1331, 1361,

14   1651 and 5 U.S.C. §701 et seq. Relief is requested pursuant to the aforementioned statutes and

15   under 28 U.S.C. §2201.

17        4.    This action is brought to redress the deprivation of rights, privileges and

18   immunities secured to plaintiff to compel Defendants to perform a duty Defendants owe to

19   Plaintiff. This action is brought to compel Defendants and those acting under them to take action

20   on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for

21   Plaintiff to become a Naturalized Citizen of the United States. The N-400 Application was filed on

22   or about June 21, 2005 with the USCIS California Service Center ("CSC") in Laguna Niguel,

23   California. (See Exhibit 1, I-797 Receipt Date.) Plaintiff was asked to appear for fingerprinting on

24   July 22, 2005. The plaintiff appeared for such fingerprinting and fingerprints were taken. (See

25   Exhibit 2, I-797, Notice of Action with stamp/notation from the US CIS). Subsequently, Plaintiff

26   was interviewed by an Immigration Officer, C. Chang, at the USCIS Bakersfield Office on

November 14, 2005, and did not pass the English language and history and government tests. (See

Exhibit 3, Form N-652, Naturalization Interview Results). Plaintiff appeared again for another

interview on February 2, 2006 and was interview by Immigration Officer G. Hernandez. She was

verbally advised that she has passed the English language and history and government tests and

that "her husband's death certificate is needed to complete the adjudication". She was given Form

N-14. (See Exhibit 4). The death certificate of husband has no bearing on eligibility or otherwise

has no relationship to Naturalization application. However, on February 20, 2006, she provided

such death certificate to the US CIS. (See Exhibit 5, a copy of cover letter to the US CIS from the

Plaintiff). After over one and half years since the interview, plaintiff still awaits the decision. She

has several other attempts including but not limited to, (1) writing to US CIS to inquire

herself (See Exhibit 6, a letter dated June 4, 2006- four months after the interview), seeking help

from Congressman's office (See Exhibit 7 and 7a, letters from Congressperson Dennis Cardoza

dated August 8, 2006 and November 21, 2006) and personal inquiry (by her son) on September 17,

2007. Certainly more than 120 days have passed since the interview in this matter, thus vesting

jurisdiction with this court under 8 U.S.C. § 1447.

3.    Plaintiff is eligible to have her Application adjudicated and approved. There are

no grounds for ineligibility.

4.    Defendants, the Department of Homeland Security and U.S. Citizenship and

Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate

this Application.

5.    Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this

district and no real property is involved in this action. Plaintiff resides in Modesto, CA now and

US CIS is informed of such new address. The application for Naturalization is also filed and

Kaur v. Mueller et al.
Petition for Hearing on Naturalization Applicatin
4

pending with Bakersfield USCIS. Subsequent to change in address, US CIS has not transferred
the file to another office.

## FACTS

7. On June 21, 2005, Plaintiff filed her Form N-400, Application for Naturalization,
with the California Service Center. (See Ex. 1)

9. Plaintiff was interviewed (second time) by Immigration Officer at the Bakersfield
USCIS Office on February 2, 2006 in connection with his application for naturalization. Plaintiff
successfully passed the English language and history and government tests but was advised to
present her husband's death certificate- a document with no bearing on Naturalization
Application since she did not derive her lawful resident status from her husband and is
independently qualified. (See Ex. 4, Form N-14). She has made several inquiries and has been
advised that her application has not been adjudicated pending an FBI criminal record/name
check. No other reason for delay has been cited.

10. To date, plaintiff's FBI criminal record/name check has not been completed and
plaintiff's application remains pending.

11. Defendants have taken no action on plaintiff's case despite the fact numerous
years have elapsed since plaintiff was fingerprinted and over two years have passed since the
date of the interview.

12. Plaintiff has inquired about the status of her case and the Service has indicated
that plaintiff's application is still pending for the completion of all necessary background checks.

## CLAIMS

17. Defendants' refusal to act in this case is as a matter of law, arbitrary and not in

Kaur v. Mueller et al.
Petition for Hearing on Naturalization Application
5

1   accordance with the law. It definitely is no "within rule of reasons". Defendants have been asked
2   to adjudicate the application numerous times. The Plaintiff's attorney has even informed them of
3   the intentions to file the the Petition with the District Court and they even failed to respond.

5   18.     Plaintiff has been, and continues to be greatly damaged by the failure of
6   Defendants to act in accordance with their duties under the law.

7   19.     Plaintiff has a clear right of the relief requested. She is fully eligible.

9   20.     Plaintiff does not have an alternative, fully adequate remedy available. USCIS is
10  the only agency which has the legal authority to grant citizenship.

11  21.     Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701et
12  seq., are unlawfully withholding and /or unreasonably delaying action on Plaintiff's
13  naturalization application and have failed to carry out the adjudicative and administrative
14  functions delegated to them by law and regulation.

16  20.     **WHEREFORE**, Plaintiff prays that the Court:

17          (a)     Adjudicates the Naturalization Application in the court and by the court,

18          (b)     Or, in the alternative, remand the matter to US CIS for immediate

19                  adjudication and approval of the Naturalization Application; and

20          (b)     Grant such other and further relief as this Court deems proper under the

21                  circumstances; and

23          (c)     Grant reasonable Attorney's fees and costs of Court to Plaintiff under the

24  Equal Access to Justice Act.

25  Respectfully submitted this 26th day of September, 2007.

26

Kaur v. Mueller et al.
Petition for Hearing on Naturalization Applicatin
9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MADAN AHLUWALIA
Attorney for Plaintiff

Case 3:07-cv-04993-EMC     Document 1     Filed 09/26/2007     Page 7 of 24

*Kaur v. Mueller et al.*
*Petition for Hearing on Naturalization Applicatin*

# EXHIBITS

1. Form I-797 indicating CSC receipt date of N-400, June 21, 2005.

2. Form I-797 from US CIS scheduling Plaintiff for the fingerprinting and fingerprinting completion on September 6, 2005.

3. Form N-652, Naturalization Interview, for first interview.

4. Form N-14, issued by US CIS after interview date of 2/2/2006 asking for husband's death certificate.

5. Plaintiff's cover letter submitted along with death certificate on 2/20/2006.

6. Plaintiff inquiry letter dated 6/4/2006.

7. a. Letter from Congressman dated 8/8/2006 indicating that the case is pending because of FBI name check. b. Letter from Congressman dated 11/21/2006 indicating that the case is pending because of FBI name check.

8. In-person inquiry letter for 9/17/2007.

**Exhibit 1**

**Form I-797 indicating CSC receipt date of N-400, June 21, 2005.**

Department of Homeland Security
U.S. Citizenship and Immigration Servic.

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| NOTICE DATE June 29, 2005 | | | |
|---|---|---|---|
| Receipt with Exception | | | |
| CASE TYPE<br>N400    Application For Naturalization | | | |
| APPLICATION NUMBER<br>WSC*0013380026 | | INS A#<br>A 046 809 134 | |
| | PRIORITY DATE<br>June 21, 2005 | | PAGE<br>1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS<br>JASWINDER KAUR<br>3014 ESPERENZA DR<br>BAKERSFIELD CA 93313 | | | |

| PAYMENT INFORMATION: | |
|---|---|
| Single Application Fee: | $90.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

lllllllllllllllll

The above application has been received by our office and is in process. but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth: February 02, 1938.
Address Where You Live: 3014 ESPERENZA DR
BAKERSFIELD CA 93313

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within    365 days of this notice.

**IMPORTANT NOTICE:**    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check . If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.

You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                                     INS Customer Service Number:
US IMMIGRATION AND NATURALIZATION SERVICE        (800) 375-5283
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC2001434424

APPLICANT COPY

**Exhibit 2**

**Form I-797 from US CIS scheduling Plaintiff for the fingerprinting and fingerprinting completion on September 6, 2005.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# THE UNITED STATES OF AMERICA

**I-797C, Notice of Action**

| NOTICE DATE July 05, 2005 | | | |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | |
| INS A# A 046 608 134 | PRIORITY DATE June 21, 2005 | | PAGE 1 of 1 |
| APPLICATION NUMBER WSC*001338026 | | | |
| Fingerprint Notification | | | |

APPLICANT NAME AND MAILING ADDRESS
JASWINDER KAUR
3014 ESPERENZA DR
BAKERSFIELD CA 93313

To process your application, INS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.



| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS BAKERSFIELD | 07/22/2005 |
| 4701 PLANZ RD | 02:00 PM |
| SUITE A12 | |
| BAKERSFIELD CA 93309 | |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, or State-issued photo ID, or military ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   [ ] Wednesday afternoon   [ ] Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS BAKERSFIELD
4701 PLANZ RD
SUITE A12
BAKERSFIELD CA 93309

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER WSC*001338026

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

BIOMETRICS PROCESSING STAMP

10
*Petition for Hearing on Naturalization Applicatin*
*Kaur v. Mueller et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Exhibit 3**

**Form N-652, Naturalization Interview, for first interview.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 116 808 134

On 11/14/2005, you were interviewed by USCIS officer C. Chang

[ ] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[X] You will be given another opportunity to be tested on your ability to ⟨speak/ read/ write⟩ X English.

[X] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[X] Please follow the instructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ Knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

[X] Notify USCIS if you change your address

[X] Come to any scheduled interview.

[X] Submit all requested documents.

[X] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

[X] Go to any Oath Ceremony that you are scheduled to attend.

[X] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.



**Exhibit 4**

**Form N-14, issued by US CIS after interview date of 2/2/2006 asking for husband's death certificate.**

# U.S. DEPARTMENT OF HOMELAND SECURITY

Citizenship and Immigration Services

1177 Fulton Mall
Fresno, CA 93721

JASWINDER KAUR

DOB: 2-2-38                                                      A File No.: A 46 809 134

Examination of your application (N400) shows that additional information, documents or forms are needed
before your application can be acted upon.  Please **RETURN THIS LETTER WITH REQUESTED**
**INFORMATION** and/or **DOCUMENTS BY: March 2, 2006**

Officer: G.HERNANDEZ

*Failure to do so may result in the denial of your application.*

( ) Submit Original / Certified Copies of the final court dispositions for:

Arrest date(s)                    City;                    Case No(s):

(☐) Proof of Child Support:    Balance and payment history for:

(This may be obtained from the Family Support Division of the District Attorney's Office in
the county where you reside.)

( ) Submit Form N-648, Medical Certificate, completed and signed by a licensed medical doctor or a clinical
psychologist.  The form must explain the nexus; how your disability prevents you from learning simple
English or from memorizing the history and government questions in you own language.

(XX) Additional documents or information:
(☐) DMV Form H-6;            (☐) Selective Service: (847) 688-6888
(☐) Marriage Certificate*;            (☐) Divorce Decree;
(☐) Photographs;
(XX)    COPY OF HUSBAND'S DEAD CERTIFICATE.
Other:

The following information is provided for your records.  There is nothing further that you need to submit to
the Service concerning your case.

(☐) Your application is continued for:
(☐) Receipt of your permanent immigration file.
(☐) Re-Examination on:
(☐) Knowledge of History and Government of the United States.
(☐) Demonstration of ability to Speak/Read/Write English.
(☐) Further review regarding eligibility.
(☐) You have failed to pass your re-examination.

*A certified copy of the officially registered Certificate of Registry of Marriage may be obtained, for the applicable fee, from the Local Register of
Marriages (County Recorder of the County where the license was issued).

Form N-14 (Rev. 9/12/96).

**Exhibit 5**

**Plaintiff's cover letter submitted along with death certificate on 2/20/2006.**

Jaswinder Kaur
3014 Esperenza dr
Bakersfield Ca 93313
661-832-2887

[redacted]
A# 46809134
D.O.B. 2-2-1938

U.S. Department of Homeland Security
Citizenship and Immigration Service
1177 Fulton Mall
Fresno Ca 93721
ATTN: Officer G. Hernandez

Subject: Husband's Death Certificate and Explanation.

Dear Officer,

Please find my husband's death certificate attached to this letter with English translation. On April 7th,1999 me and my husband we both got visa to come to the United States at the same time. After that on April 25th,1999 my husband died in a heart attack before coming to the United States.My visa was already processed and it was never changed from married to widow at the time of my entry into the United States.
Please feel free to contact me at the above address if you need any further information.

Thank you.

Yours Sincerely,

Jaswinder Kaur

729 Red field Ave
Modesto CA
95357
209- 529 -1914
Cardoza
Dennis

13
*Petition for Hearing on Naturalization Applicatin*
*Kaur v. Mueller et al.*

26

25

24

23

22

21

20

19

18

17

16

15

14

13

12

11

10

9    **Plaintiff Inquiry letter dated 6/4/2006.**

8    **Exhibit 6**

7

6

5

4

3

2

1

Jaswinder Kaur
3014 Esperanza Dr.
Bakersfield, CA 93313

Application # WSC*0001338026
A# 046 809 134
D.O.B 2-2-1938


U.S. Department Of Homeland Security
Citizenship and Immigration Service
1177 Fulton Mall
Fresno, CA 93721

Subject: Application Status

Attention: Officer G. Hernandez

Dear Officer,

I was interviewed on February 2, 2006. All the documents requested were mailed and received in your office on February 22 by the certified mail.
Could you please be kind enough to let me know the status of my application? Also feel free to contact me at the above address if you need any further information.

Thank you.

Yours Sincerely

Jaswinder Kaur

14
*Petition for Hearing on Naturalization Application*
*Kaur v. Mueller et al.*

**Exhibit 7**

a. Letter from Congressman dated 8/8/2006 indicating that the case is pending because of FBI name check. b. Letter from Congressman dated 11/21/2006 indicating that the case is pending because of FBI name check.

DENNIS A. CARDOZA
18TH DISTRICT, CALIFORNIA

COMMITTEE ON AGRICULTURE
Subcommittee on
Department Operations,
Oversight, Nutrition, and Forestry
Livestock and Horticulture
Subcommittee on

COMMITTEE ON RESOURCES
Subcommittee on
Fisheries and Forest Health
Subcommittee on Water and Power

COMMITTEE ON INTERNATIONAL RELATIONS
Subcommittee on International, Terrorism and
Nonproliferation
Subcommittee on the Middle East and Central Asia

# Congress of the United States

## House of Representatives

### Washington, DC 20515-0518

WASHINGTON OFFICE:
435 Cannon House Office Building
Washington, DC 20515
(202) 225-6131

DISTRICT OFFICES:
2222 M Street, Suite 305
Merced, CA 95340
(209) 383-4455

137 East Weber Avenue
Modesto, CA 95354
(209) 527-1914

137 East Weber Avenue
Stockton, CA 95202
(209) 946-0361

August 8, 2006

Ms. Jaswinder Kaur
729 Redfield Avenue
Modesto, CA 95357

Dear Ms. Kaur:

I have been notified by the Citizenship and Immigration Service that the FBI name check is still pending for your file. You will receive further processing information directly from the CIS.

I appreciate the opportunity to be of assistance to you.

Sincerely,

DENNIS CARDOZA
Member of Congress

DAC/lmm

**Congress of the United States**

**House of Representatives**

**Washington, DC 20515-0518**

DENNIS A. CARDOZA
18TH DISTRICT, CALIFORNIA

COMMITTEE ON AGRICULTURE
    SUBCOMMITTEE ON
    DEPARTMENT OPERATIONS,
    OVERSIGHT, NUTRITION AND FORESTRY
    SUBCOMMITTEE ON
    LIVESTOCK AND HORTICULTURE

COMMITTEE ON RESOURCES
    SUBCOMMITTEE ON
    FORESTS AND FOREST HEALTH
    SUBCOMMITTEE ON WATER AND POWER

COMMITTEE ON INTERNATIONAL RELATIONS
    SUBCOMMITTEE ON INTERNATIONAL TERRORISM AND
        NONPROLIFERATION
    SUBCOMMITTEE ON THE MIDDLE EAST AND CENTRAL ASIA

WASHINGTON OFFICE:
435 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6131

DISTRICT OFFICES:
2222 M STREET, SUITE 305
MERCED, CA 95340
(209) 383-4455
1321 I STREET, SUITE 1
MODESTO, CA 95354
(209) 527-1914
137 EAST WEBER AVENUE
STOCKTON, CA 95202
(209) 946-0361

Ms. Jaswinder Kaur
729 Redfield Avenue
Modesto, CA 95357

Dear Ms. Kaur:

Thank you for contacting me regarding the difficulties you have been experiencing with the Citizenship and Immigration Service and your naturalization application. After numerous inquiries with the CIS, I have been informed that your FBI name check is still pending. Once the security checks clear, you will receive further processing information directly from CIS.

I trust this information is helpful to you.

Sincerely,

DENNIS CARDOZA
Member of Congress

DAC/mm

**Exhibit 8**

**In-person inquiry letter for 9/17/2007.**

my son KULBIR BADWAL IS
NOT AUTHORIZED TO TALK TO INS on
my BEHALF. (SIGNED JASWINDER KAUR)



**INFOPASS**
Your e-Ticket to Immigration
Information

**Name:** Jaswinder Kaur

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** FRE-07-9673    **Authentication Code:** 17353

**Appointment Date:** ▓▓▓▓▓▓▓▓▓▓

**Appointment Time:** 8:50 AM

**Location:** 1177 FULTON MALL, Fresno, CA 93721; LOBBY

## This is your Confirmation Number:

*FRE-07-9673*

If you wish to cancel this appointment, you will need the following Personal Identification Number:

### 49036

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.