MADAN AHLUWALIA, Esq. (SBN # 175664)
AHLUWALIA LAW PROFESSIONAL CORPORATION
1301 Shoreway Road, Suite 180
Belmont, CA. 94002
Office:        (650) 591-1216
Facsimile:    (650) 649-1893

Attorneys for Plaintiff
JASWINDER KAUR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EMC

JASWINDER KAUR

    Plaintiff,

        v.

ROBERT MUELLER III, Director, Federal
Bureau of Investigation,
MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,
EMILIO GONZALES, Director, U.S.
Citizenship and Immigration Services (USCIS)
DAVID STILL, District Director, USCIS
Doe 1, Bakersfield Field Office Director,
USCIS

Civil Action No.:  C 07 4993

PETITION FOR A HEARING IN ON
NATURALIZATION APPLICATION

USCIS No.: A 46 809 134

IMMIGRATION CASE

Plaintiff, through undersigned counsel, alleges as follows:

**INTRODUCTION**

1.    Plaintiff, JASWINDER KAUR, is a lawful permanent resident of the United

States residing within the jurisdiction of this Court. Plaintiff's claim for relief arises under 8

U.S.C. § 1427.

2.    Defendant Robert S. Mueller III is the Director of the Federal Bureau of

Investigations ("FBI"), an agency of the United States government and is sued here in his official

capacity. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

and is sued here in his official capacity. Emilio Gonzales is the director of USCIS and is sued

here in his official capacity. Defendant Doe 1 is the Field Office Director for the Bakersfield

USCIS Office and is sued here in his official capacity. His or her exact name is unknown to the

Plaintiff. David Still is the District Director of San Francisco USCIS district and is sued here in

his official capacity. Plaintiff alleges that defendants each have a role in the adjudication of the

applications for naturalization

3.    This Court has jurisdiction of the action pursuant to 28 U.S.C. §§1331, 1361,

1651 and 5 U.S.C. §701 et seq. Relief is requested pursuant to the aforementioned statutes and

under 28 U.S.C. §2201.

4.    This action is brought to redress the deprivation of rights, privileges and

immunities secured to plaintiff to compel Defendants to perform a duty Defendants owe to

Plaintiff. This action is brought to compel Defendants and those acting under them to take action

on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for

Plaintiff to become a Naturalized Citizen of the United States. The N-400 Application was filed on

or about June 21, 2005 with the USCIS California Service Center ("CSC") in Laguna Niguel,

California. (See Exhibit 1, I-797 Receipt Date.) Plaintiff was asked to appear for fingerprinting on

July 22, 2005. The plaintiff appeared for such fingerprinting and fingerprints were taken. (See

Exhibit 2, I-797, Notice of Action with stamp/notation from the US CIS). Subsequently, Plaintiff

was interviewed by an Immigration Officer, C. Chang, at the USCIS Bakersfield Office on

1  November 14, 2005, and did not pass the English language and history and government tests. (See

2  Exhibit 3, Form N-652, Naturalization Interview Results). Plaintiff appeared again for another

3  interview on February 2, 2006 and was interview by Immigration Officer G. Hernandez. She was

4  verbally advised that she has passed the English language and history and government tests and

5  that "her husband's death certificate is needed to complete the adjudication". She was given Form

6  N-14. (See Exhibit 4). The death certificate of husband has no bearing on eligibility or otherwise

7  has no relationship to Naturalization application. However, on February 20, 2006, she provided

8  such death certificate to the US CIS. (See Exhibit 5, a copy of cover letter to the US CIS from the

9  Plaintiff). After over one and half years since the interview, plaintiff still awaits the decision. She

10 has several other attempts including but not limited to, (1) writing to US CIS to inquire

11 herself (See Exhibit 6, a letter dated June 4, 2006- four months after the interview), seeking help

12 from Congressman's office (See Exhibit 7 and 7a, letters from Congressperson Dennis Cardoza

13 dated August 8, 2006 and November 21, 2006) and personal inquiry (by her son) on September 17,

14 2007. Certainly more than 120 days have passed since the interview in this matter, thus vesting

15 jurisdiction with this court under 8 U.S.C. § 1447.

16    3.    Plaintiff is eligible to have her Application adjudicated and approved. There are

17 no grounds for ineligibility.

18    4.    Defendants, the Department of Homeland Security and U.S. Citizenship and

19 Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate

20 this Application.

21    5.    Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this

22 district and no real property is involved in this action. Plaintiff resides in Modesto, CA now and

23 US CIS is informed of such new address. The application for Naturalization is also filed and

Case 3:07-cv-04993-EMC     Document 3     Filed 10/01/2007     Page 4 of 24

pending with Bakersfield USCIS. Subsequent to change in address, US CIS has not transferred the file to another office.

## FACTS

7.      On June 21, 2005, Plaintiff filed her Form N-400, Application for Naturalization, with the California Service Center. (See Ex. 1)

9.      Plaintiff was interviewed (second time) by Immigration Officer at the Bakersfield USCIS Office on February 2, 2006 in connection with his application for naturalization. Plaintiff successfully passed the English language and history and government tests but was advised to present her husband's death certificate- a document with no bearing on Naturalization Application since she did not derive her lawful resident status from her husband and is independently qualified. (See Ex. 4, Form N-14). She has made several inquiries and has been advised that her application has not been adjudicated pending an FBI criminal record/name check. No other reason for delay has been cited.

10.     To date, plaintiff's FBI criminal record/name check has not been completed and plaintiff's application remains pending.

11.     Defendants have taken no action on plaintiff's case despite the fact numerous years have elapsed since plaintiff was fingerprinted and over two years have passed since the date of the interview.

12.     Plaintiff has inquired about the status of her case and the Service has indicated that plaintiff's application is still pending for the completion of all necessary background checks.

## CLAIMS

17.     Defendants' refusal to act in this case is as a matter of law, arbitrary and not in

*Kaur v. Mueller et al.*
*Petition for Hearing on Naturalization Application*
5

accordance with the law. It definitely is no "within rule of reasons". Defendants have been asked

to adjudicate the application numerous times. The Plaintiff's attorney has even informed them of

the intentions to file the the Petition with the District Court and they even failed to respond.

18.     Plaintiff has been, and continues to be greatly damaged by the failure of

Defendants to act in accordance with their duties under the law.

19.     Plaintiff has a clear right of the relief requested. She is fully eligible.

20.     Plaintiff does not have an alternative, fully adequate remedy available. USCIS is

the only agency which has the legal authority to grant citizenship.

21.     Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701et

seq., are unlawfully withholding and /or unreasonably delaying action on Plaintiff's

naturalization application and have failed to carry out the adjudicative and administrative

functions delegated to them by law and regulation.

20.     **WHEREFORE**, Plaintiff prays that the Court:

(a)     Adjudicates the Naturalization Application in the court and by the court,

(b)     Or, in the alternative, remand the matter to US CIS for immediate

adjudication and approval of the Naturalization Application; and

(b)     Grant such other and further relief as this Court deems proper under the

circumstances; and

(c)     Grant reasonable Attorney's fees and costs of Court to Plaintiff under the

Equal Access to Justice Act.

Respectfully submitted this 26th day of September, 2007.

9
*Petition for Hearing on Naturalization Application*
*Kaur v. Mueller et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MADAN AHLUWALIA
Attorney for Plaintiff

Case 3:07-cv-04993-EMC      Document 3      Filed 10/01/2007      Page 7 of 24

# EXHIBITS

1. Form I-797 indicating CSC receipt date of N-400, June 21, 2005.

2. Form I-797 from US CIS scheduling Plaintiff for the fingerprinting and fingerprinting completion on September 6, 2005.

3. Form N-652, Naturalization Interview, for first interview.

4. Form N-14, issued by US CIS after interview date of 2/2/2006 asking for husband's death certificate.

5. Plaintiff's cover letter submitted along with death certificate on 2/20/2006.

6. Plaintiff inquiry letter dated 6/4/2006.

7. a. Letter from Congressman dated 8/8/2006 indicating that the case is pending because of FBI name check. b. Letter from Congressman dated 11/21/2006 indicating that the case is pending because of FBI name check.

8. In-person inquiry letter for 9/17/2007.

**Exhibit 1**

**Form I-797 indicating CSC receipt date of N-400, June 21, 2005.**

Department of Homeland Security
U.S. Citizenship and Immigration Servic...

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WSC*0013380Z6 | N400  Application For Naturalization |

| RECEIVED DATE | PRIORITY DATE | APPLICANT NAME AND MAILING ADDRESS |
|---|---|---|
| June 21, 2005 | | JASWINDER KAUR |

| NOTICE DATE | INS A# | PAGE |
|---|---|---|
| June 29, 2005 | A 046 809 134 | 1 of 1 |

Receipt with Exception

APPLICANT NAME AND MAILING ADDRESS:
JASWINDER KAUR
3014 ESPERENZA DR
BAKERSFIELD CA 93313

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:  February 02, 1938.
Address Where You Live:  3014 ESPERENZA DR
BAKERSFIELD CA 93313

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

IMPORTANT NOTICE: All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Customer Service Number: (800) 375-5283

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

APPLICANT COPY

WSC2001344424

*Kaur v. Mueller et al.*
*Petition for Hearing on Naturalization Application*
6

26

25

24

23

22

21

20

19

18

17

16

15

14

13

12

11

10

9

8        completion on September 6, 2005.

7    **Form I-797 from US CIS scheduling Plaintiff for the fingerprinting and fingerprinting**

6

5                                        **Exhibit 2**

4

3

2

1

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| NOTICE DATE | CASE TYPE | | |
|---|---|---|---|
| July 05, 2005 | N400 Application For Naturalization | | |
| INS A# | APPLICATION NUMBER | PRIORITY DATE | PAGE |
| A 046 608 134 | WSC*001338026 | June 21, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JASWINDER KAUR
3014 ESPERENZA DR
BAKERSFIELD CA 93313

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**



APPLICATION SUPPORT CENTER
INS BAKERSFIELD
4701 PLANZ RD
SUITE A12
BAKERSFIELD CA 93309

DATE AND TIME OF APPOINTMENT
07/22/2005
02:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS BAKERSFIELD
4701 PLANZ RD
SUITE A12
BAKERSFIELD CA 93309

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER WSC*001338026

WARNING!
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Kaur v. Mueller et al.
Petition for Hearing on Naturalization Applicatin
10

1
2
3
4
5
6

**Exhibit 3**

**Form N-652, Naturalization Interview, for first Interview.**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Form N-652 (Rev. 01/14/05)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: A46 809 134

On 11/14/2005, you were interviewed by USCIS officer    C. Chong

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☒ You will be given another opportunity to be tested on your ability to    speak/ ____  read/ ____  write ____  English.

☒ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☒ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your ____ English ability/ ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____  A decision cannot yet be made about your application.

It is very important that you:

☒ Notify USCIS if you change your address

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

11
*Petition for Hearing on Naturalization Applicatin*
*Kaur v. Mueller et al.*

1
2
3
4
5
6
7

**Exhibit 4**

8
9    **Form N-14, issued by US CIS after interview date of 2/2/2006 asking for husband's**

10    **death certificate.**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



# U.S. DEPARTMENT OF HOMELAND SECURITY
## Citizenship and Immigration Services
1177 Fulton Mall
Fresno, CA 93721

**JASWINDER KAUR**

DOB: 2-2-38                                          A File No.: A 46 809 134

Officer: G.HERNANDEZ

Examination of your application (N400) shows that additional information, documents or forms are needed before your application can be acted upon.  Please **RETURN THIS LETTER WITH REQUESTED INFORMATION** and/or **DOCUMENTS BY: _March 2, 2006_**

*Failure to do so may result in the denial of your application.*

( ) Submit Original / Certified Copies of the final court dispositions for:

| Arrest date(s): | City: | Case No(s): |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

([_]) Proof of Child Support:   Balance and payment history for:
(This may be obtained from the Family Support Division of the District Attorney's Office in the county where you reside.)

( ) Submit Form N-648, Medical Certificate, completed and signed by a licensed medical doctor or a clinical psychologist. The form must explain the nexus; how your disability prevents you from learning simple English or from memorizing the history and government questions in you own language.

(XX) Additional documents or information:
([_]) DMV Form H-6;        ([_]) Selective Service: (847) 688-6888
([_]) Marriage Certificate*;   ([_]) Divorce Decree;
([_]) Photographs;
( XX )      COPY OF HUSBAND'S DEAD CERTIFICATE.
Other:

The following information is provided for your records.  There is nothing further that you need to submit to the Service concerning your case.

([_]) Your application is continued for:
([_]) Receipt of your permanent immigration file.
([_]) Re-Examination on:
([_]) Knowledge of History and Government of the United States.
([_]) Demonstration of ability to Speak/Read/Write English.
([_]) Further review regarding eligibility.
([_]) You have failed to pass your re-examination.

*A certified copy of the officially registered Certificate of Registry of Marriage may be obtained, for the applicable fee, from the Local Registrar of Marriages (County Recorder of the County where the license was issued).

Form N-14 (Rev. 9/12/96):

12
*Petition for Hearing on Naturalization Application*
*Kaur v. Mueller et al.*

**Exhibit 5**

**Plaintiff's cover letter submitted along with death certificate on 2/20/2006.**

Jaswinder Kaur
5014 Esperenza dr
Bakersfield Ca 93313
661-832-2887

A# 4680913?
D.O.B. 2-2-1938

U.S. Department of Homeland Security
Citizenship and Immigration Service
1177 Fulton Mall
Fresno Ca 93721
ATTN: Officer G. Hernandez

Subject: Husband's Death Certificate and Explanation.

Dear Officer,

Please find my husband's death certificate attached to this letter with English translation.
On April 7th,1999 me and my husband we both got visa to come to the United States at the same time. After that on April 25th,1999 my husband died in a heart attack before coming to the United States. My visa was already processed and it was never changed from married to widow at the time of my entry into the United States.
Please feel free to contact me at the above address if you need any further information.

Thank you.

Yours Sincerely,

Jaswinder Kaur

13

*Petition for Hearing on Naturalization Application*

*Kaur v. Mueller et al.*

**Exhibit 6**

**Plaintiff inquiry letter dated 6/4/2006.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Jaswinder Kaur
3014 Esperanza Dr.
Bakersfield, CA 93313



Application # WSC*0001338026
A# 046 809 134
D.O.B 2.2.1938

U.S. Department Of Homeland Security
Citizenship and Immigration Service
1177 Fulton Mall
Fresno, CA 93721

Subject: Application Status

**Attention: Officer G. Hernandez**

Dear Officer,

I was interviewed on February 2, 2006. All the documents requested were mailed and received in your office on February 22 by the certified mail.
Could you please be kind enough to let me know the status of my application? Also feel free to contact me at the above address if you need any further information.

Thank you.

Yours Sincerely

Jaswinder Kaur

14
*Petition for Hearing on Naturalization Application*
*Kaur v. Mueller et al.*

**Exhibit 7**

a. Letter from Congressman dated 8/8/2006 indicating that the case is pending because of FBI name check. b. Letter from Congressman dated 11/21/2006 indicating that the case is pending because of FBI name check.

DENNIS A. CARDOZA
18TH DISTRICT, CALIFORNIA

COMMITTEE ON AGRICULTURE
    SUBCOMMITTEE ON
    DEPARTMENT OPERATIONS,
    OVERSIGHT, NUTRITION, AND FORESTRY
    SUBCOMMITTEE ON
    LIVESTOCK AND HORTICULTURE

COMMITTEE ON RESOURCES
    SUBCOMMITTEE ON
    FORESTS AND FOREST HEALTH
    SUBCOMMITTEE ON WATER AND POWER

COMMITTEE ON INTERNATIONAL RELATIONS
    SUBCOMMITTEE ON INTERNATIONAL TERRORISM AND
    NONPROLIFERATION
    SUBCOMMITTEE ON THE MIDDLE EAST AND CENTRAL ASIA

Congress of the United States

House of Representatives

Washington, DC 20515-0518

WASHINGTON OFFICE:
435 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20815
(202) 225-6131

DISTRICT OFFICES:
2222 M STREET, SUITE 305
MERCED, CA 95340
(209) 383-4455

1327 I STREET, SUITE 1
MODESTO, CA 95354
(209) 527-1914

137 EAST WEBER AVENUE
STOCKTON, CA 95202
(209) 946-0361

August 8, 2006

Ms. Jaswinder Kaur
729 Redfield Avenue
Modesto, CA 95357

Dear Ms. Kaur:

I have been notified by the Citizenship and Immigration Service that the FBI name check is still pending for your file. You will receive further processing information directly from the CIS.

I appreciate the opportunity to be of assistance to you.

Sincerely,

DENNIS CARDOZA
Member of Congress

DAC/lmm

DAC/lmm

DENNIS CARDOZA
Member of Congress

Sincerely,

I trust this information is helpful to you.

directly from CIS.
pending. Once the security checks clear, you will receive further processing information
numerous inquiries with the CIS, I have been informed that your FBI name check is still
the Citizenship and Immigration Service and your naturalization application. After
Thank you for contacting me regarding the difficulties you have been experiencing with

Dear Ms. Kaur:

Ms. Jaswinder Kaur
729 Redfield Avenue
Modesto, CA 95357

Congress of the United States
House of Representatives
Washington, DC 20515-0518

DENNIS A. CARDOZA
18th District, California

COMMITTEE ON AGRICULTURE
SUBCOMMITTEE ON
DEPARTMENT OPERATIONS,
OVERSIGHT, NUTRITION AND FORESTRY
SUBCOMMITTEE ON
LIVESTOCK AND HORTICULTURE
SUBCOMMITTEE ON
CONSERVATION, CREDIT, RURAL DEVELOPMENT AND RESEARCH
COMMITTEE ON RESOURCES
SUBCOMMITTEE ON
FORESTS AND FOREST HEALTH
SUBCOMMITTEE ON WATER AND POWER
COMMITTEE ON INTERNATIONAL RELATIONS
SUBCOMMITTEE ON INTERNATIONAL TERRORISM AND
NONPROLIFERATION
SUBCOMMITTEE ON THE MIDDLE EAST AND CENTRAL ASIA

WASHINGTON OFFICE:
435 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6131

DISTRICT OFFICES:
2222 M STREET, SUITE 305
MERCED, CA 95340
(209) 383-4455

1321 I STREET, SUITE 1
MODESTO, CA 95354
(209) 527-1914

137 EAST WEBER AVENUE
STOCKTON, CA 95202
(209) 946-0361

15
*Petition for Hearing on Naturalization Application*
*Kaur v. Mueller et al.*

26

25

24

23

22

21

20

19

18

17

16

15

14

13

12

11

**In-person inquiry letter for 9/17/2007.**

10

**Exhibit 8**

9

8

7

6

5

4

3

2

1

**INFOPASS**
Your e-Ticket to Immigration Information.

**Name:** Jaswinder Kaur
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** FRE-07-9673 **Authentication Code:** 17353
**Appointment Date:** [redacted]
**Appointment Time:** 8:50 AM
**Location:** 1177 FULTON MALL, Fresno, CA 93721; LOBBY

**This is your Confirmation Number:**

*FRE-07-9673*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
***49036***

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**

MY SON KULBIR BAJWA IS AUTHORISED TO TALK TO INS ON MY BEHALF. (SIGNED JASWINDER KAUR)