**MADAN AHLUWALIA, Esq.** (SBN # 175664)
AHLWALIA LAW PROFESSIONAL CORPORATION
1301 Shoreway Road, Suite 180
Belmont, CA. 94002
Office:       (650) 591-1216
Facsimile:    (650) 649-1893

Attorneys for Plaintiff
**JASWINDER KAUR**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASWINDER KAUR**<br><br>          Plaintiff,<br><br>V.<br><br>**ROBERT MUELLER III**, Director, Federal Bureau of Investigation,<br>**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security,<br>**EMILIO GONZALES**, Director, U.S. Citizenship and Immigration Services (USCIS)<br>**DAVID STILL**, District Director, USCIS<br>**Doe 1**, Bakersfield Field Office Director, USCIS | Civil Action No.: 07-4993 EMF<br><br>**First Amendment to the Complaint To Add Unnamed Defendant, Doe 1**<br><br>USCIS No.: A 46 809 134<br><br>**IMMIGRATION CASE** |

Plaintiff, amends her Complaint as follows: Doe 1, Defendant is named as Don Riding, Officer-in-Charge, Fresno Sub Office of the US CIS, Fresno, CA.

   October 18, 2007                                              _____

                                                                 /s/MADAN AHLUWALIA
                                                                 Attorney for Plaintiff

*Kaur v. Mueller et al.*
*Petition for Hearing on Naturalization Application*

1