CERTIFICATE OF SERVICE

I, the undersigned, declare the following, under the penalty of perjury that I am a resident of the United States over the age of 18 years and not a party to the within entitled action.

**Plaintiff:**     Jaswinder Kaur

**Case #:**     C 07-4993 EMC

That I served a true copy of the following supporting documents:

**First Amendment to the Complaint
To Add Unnamed Defendant, Doe 1**

by mailing the same to the following address after affixing proper postage:

1. Robert Mueller III                     Michael Chertoff, Secy. DHS
2. Emilio Gonzales                      Office of General Counsel
c/o Scott N. Schools                   United States DHS
United States Attorney               Washington, DC 20528
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

David Still
Director, USCIS
630 Sansome Street
San Francisco, CA. 94107

Dated: October 18, 2007     _____
                                                  /s/Madan Ahluwalia

*Kaur v. Mueller et al.*
*Petition for Hearing on Naturalization Application*