# CERTIFICATE OF SERVICE

I, the undersigned, declare the following, under the penalty of perjury that I am a resident of the United States over the age of 18 years and not a party to the within entitled action.

**Plaintiff:** Jaswinder Kaur

**Case #:** C 07-4993 EMC

That I served a true copy of the following supporting documents:

1. Petition for Hearing in on Naturalization Application
2. Order setting Initial CMC and ADR Deadlines
3. Case Management Conference Order
4. Standing Order for Civil Practice in Cases assigned for all purposes to Magistrate Judge Edward M. Chen
5. Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement
6. Notice of Assignment of Case to a US Magistrate Judge for Trial
7. Consent to Proceed Before a US Magistrate (Blank)
8. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a US District Judge (Blank)
9. Summons (Copy)
10. ECF Registration Information Handout
11. Printout of Email from US DC re: request to transfer case **and** 12. First Amendment to the Complaint To Add Unnamed Defendant, Doe 1

by mailing the same to the following address after affixing proper postage:

Mr. Don Riding
Officer-in-Charge
Fresno Sub-Office
1177 Fulton Mall
Fresno, CA 93721-1913

Dated:  October 18, 2007          _____
                                   /s/Madan Ahluwalia

*Kaur  v. Mueller et al.*
*Petition for Hearing on Naturalization Application*