**MADAN AHLUWALIA, Esq.** (SBN # 175664)
AHLWALIA LAW PROFESSIONAL CORPORATION
1301 Shoreway Road, Suite 180
Belmont, CA. 94002
Office:        (650) 591-1216
Facsimile:     (650) 649-1893

Attorneys for Plaintiff
**JASWINDER KAUR**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASWINDER KAUR** | Civil Action No.: 07-4993 EMF |
| Plaintiff, | |
| V. | |
| **ROBERT MUELLER III**, Director, Federal Bureau of Investigation, **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **EMILIO GONZALES**, Director, U.S. Citizenship and Immigration Services (USCIS) **DAVID STILL**, District Director, USCIS **Doe 1**, Bakersfield Field Office Director, USCIS | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

*Kaur v. Mueller et al.*
*Consent To Proceed Before A United States Magistrate Judge*

1

final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12/6/2007                    _____

/s/Madan Ahluwalia

Attorney for JASWINDER KAUR

*Kaur v. Mueller et al.*
*Consent To Proceed Before A United States Magistrate Judge*