1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 JASWINDER KAUR,                                          )
                                                        ) No. C 07-4993 EMC
13                Plaintiff,                        )
                                                         )
14       v.                                         ) **PARTIES' CONSENT TO MAGISTRATE**
                                                          ) **JUDGE JURISDICTION**
15 ROBERT S. MUELLER, III, Director,        )
Federal Bureau of Investigation;                    )
16 MICHAEL CHERTOFF, Secretary,          )
Department of Homeland Security;              )
17 EMILIO GONZALES, Director, U.S.     )
Citizenship and Immigration Services (USCIS); )
18 DAVID STILL, District Director, USCIS;    )
Doe 1, Bakersfield Field Office Director, USCIS, )
19                                                     )
               Defendants.                       )
20 _____ )

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

22 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.

25 ///

26 ///

27

28

Consent to Magistrate Jurisdiction
C07-4993 EMC                             1

| | | |
|---|---|---|
| 1 | Dated: December 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                         /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: December 6, 2007                                        /s/
MADAN AHLUWALIA
Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C07-4993 EMC                         2